NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BOARD OF TRUSTEES OF THE       )
CITY OF LAKELAND POLICE        )
OFFICERS' RETIREMENT           )
SYSTEM,                        )
                               )
      Petitioner,              )
                               )
v.                             )    Case No. 2D18-2413
                               )
MELANIE DIXON,                 )
                               )
      Respondent.              )
_____)

Opinion filed March 22, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Polk County; Steven
L. Selph, Judge.

Thomas M. Gonzalez and Melissa
Torres of Thompson, Sizemore,
Gonzalez & Hearing, P.A., Tampa, for
Petitioner.

J. Kemp Brinson of Bloodworth Law,
PLLC, Orlando, for Respondent.


PER CURIAM.

      Denied.


MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.